IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH P. MARKER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **THE CHESAPEAKE LIFE** | : | |
| **INSURANCE COMPANY,** | : | **NO. 10-729** |
| **Defendant.** | : | |

## ORDER

AND NOW, this 6th day of July, 2011, upon consideration of Joseph P. Marker's motion to amend the complaint (Doc. No. 15), Chesapeake Life Insurance Company's response thereto (Doc. No. 17), and Mr. Marker's reply brief (Doc. No. 19), and following oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED that Mr. Marker" Motion (Doc. No. 15) is GRANTED and the Amended Complaint (Doc. No. 15-2 to -4) is deemed filed as of the date of this Order.

It is FURTHER ORDERED that this case is REMANDED to the Philadelphia County Court of Common Pleas pursuant to 28 U.S.C. § 1447(e).

IT IS FURTHER ORDERED that the Clerk of Court shall CLOSE this case for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge